

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00061-CV

DWIGHT BARNELL                                                    APPELLANT

V.

CAMELIA BARNELL                                                    APPELLEE

-----------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 2013-70522-431

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Joint Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  May 7, 2015